UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ReliaStar Life Insurance Company,

        Plaintiff(s),

vs.

Jaclyn R. Hafter, individually and as Trustee of the Hafter Family Trust dated June 12, 2011, et al.

        Defendant(s).

Case #2:18-cv-01166-APG-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jodi K. Swick_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

McDowell Hetherington LLP
(firm name)

with offices at _____1 Kaiser Plaza, Suite 340_____,
(street address)

_____Oakland_____, _____California_____, _____94612_____,
(city) (state) (zip code)

_____510-628-2145_____, _____jodi.swick@mhllp.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff ReliaStar Life Insurance Company_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 5, 2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | January 5, 2005 | 228634 |
| Northern District of California | December 29, 2003 | 228634 |
| Eastern District of California | December 23, 2005 | 228634 |
| Southern District of California | August 20, 2013 | 228634 |
| Western District of Washington | February 12, 2018 | 47626 |
| Ninth Circuit Court of Appeal | December 29, 2003 | 228634 |
| Washington State Bar Association | July 23, 2014 | 47626 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| |
|---|
| None. |

7. That Petitioner is a member of good standing in the following Bar Associations.

| |
|---|
| The State Bar of California; Washington State Bar Association |

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Griffith Hayes_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Karen Cooper  AVP, Senior Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
7374           Hayes@litchfieldcavo.com
Bar number      Email address

APPROVED:

Dated: August 10, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
)
COUNTY OF ___Alameda___ )

___Jodi K. Swick___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2__ day of ___August___, __2018__.

___see attached notary certificate___
Notary Public or Clerk of Court

see attached notary certificate

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Griffith Hayes___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Litchfield Cavo LLP - 3993 Howard Hughes Parkway, Suite 100___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city) (state) (zip code)

___702-949-9301___, ___Hayes@litchfieldcavo.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

# California Notary Jurat Certificate:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of __ALAMEDA__ }

Subscribed and sworn to (or affirmed) before me on this __2nd__ day of __August__, 20__18__,

by __JODI K. SWICK__.

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

_____
Signature of Notary Public

SUNIL JASWAL
COMM. # 2233425
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. April 2, 2022

REDTOMATOES.ORG | NOTARY | APOSTILLE | FINGERPRINTING | (510) 847-4828 | www.redtomatoes.org

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 27, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JODI KRYSTYN SWICK, #228634 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records