# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>JACLYN R. HAFTER, et al.,<br><br>Defendant(s). | Case No.: 2:18-cv-01166-APG-NJK<br><br>**ORDER** |

The deadline for Jaclyn Hafter to respond to the complaint expired on September 11, 2018. *See* Docket No. 6. Ms. Hafter has not appeared in this case to date. Accordingly, Ms. Hafter is **ORDERED** to respond to the complaint by October 18, 2018. In addition to the attorneys for the parties who have already appeared, the Clerk's Office is **INSTRUCTED** to also serve electronic notice of this order on Ms. Hafter's attorney, Steven Hollingworth, at shollingworth@sdfnvlaw.com. *See* Docket No. 14 at 4.

IT IS SO ORDERED.

Dated: October 11, 2018

_____
Nancy J. Koppe
United States Magistrate Judge