# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RELIASTAR LIFE INSURANCE COMPANY,

    Plaintiff(s),

v.

JACLYN R. HAFTER, et al.,

    Defendant(s).

Case No.: 2:18-cv-01166-APG-NJK

**ORDER**

[Docket No. 14]

Pending before the Court is Plaintiff's motion for a scheduling conference in this interpleader action, Docket No. 14, which is **GRANTED**. A scheduling conference is hereby **SET** for 10:00 a.m. on October 29, 2018, in Courtroom 3C. In addition to the attorneys for the parties who have already appeared, the Clerk's Office is **INSTRUCTED** to also serve electronic notice of this order on Ms. Hafter's attorney, Steven Hollingworth, at shollingworth@sdfnvlaw.com. *See* Docket No. 14 at 4.

IT IS SO ORDERED.

Dated: October 11, 2018

                                         Nancy J. Koppe
                                         United States Magistrate Judge