RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481
Facsimile: (202) 307-0054
E-mail: henry.c.darmstadter@usdoj.gov

*Of Counsel*
DAYLE ELIESON
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE CO., <br><br>Plaintiff, <br><br>v. <br><br>JACLYN R. HAFTER, INDIVIDUALLY AND AS TRUSTEE OF THE HAFTER FAMILY TRUST DATED JUNE 11, 2011, BRANDON PHILLIPS, AS TRUSTEE OF THE JACOB HAFTER TRUST DATED APRIL 17, 2018, THE UNITED STATES OF AMERICA, ACTING THROUGH THE INTERNAL REVENUE SERVICE, AND DOES 1-5 <br><br>Defendants. | Case No. 2:18-cv-01166-APG-NJK <br><br>**JOINT MOTION FOR ORDER OF DISCHARGE IN INTERPLEADER AND DISMISSAL WITH PREJUDICE OF RELIASTAR LIFE INSURANCE COMPANY** <br><br>LR 22-1; 67-1; 67-2 <br><br>**ORDER** |

COMES NOW, plaintiff, ReliaStar Life Insurance Company, defendant Jaclyn R. Hafter, individually and as trustee of the Hafter Family Trust dated June 11, 2011, defendant Brandon Phillips,

1

as trustee of the Jacob Hafter Trust dated April 17, 2018 and defendant, United States of America, on behalf of the Internal Revenue Service, an agency of the United States Department of the Treasury, by and through undersigned counsel, (collectively, "the Parties") and hereby submit the following Joint Motion for Order of Discharge in Interpleader and Dismissal with Prejudice of ReliaStar Life Insurance Company in connection with the above-captioned Interpleader Action. In addition, upon the stipulation of the Parties, as detailed below, the Parties agree that ReliaStar may interplead the sum payable under the ReliaStar policy at issue, be awarded its attorneys' fees and costs incurred with this Interpleader Action and discharged from this action with prejudice. The Parties stipulate to the Points and Authorities below.

## **POINTS AND AUTHORITIES**

1. On June 27, 2018, the ReliaStar Life Insurance Company ("ReliaStar") commenced this Interpleader Action (*see* Compliant-ECF No. 1) with respect to life insurance policy No. AD13700714 ("Policy") issued on the life of Jacob L. Hafter with a death benefit in the amount of $5,000,000. The Interpleader Action was brought pursuant to Federal Rule of Civil Procedure 22 ("Rule 22"), 28 U.S.C. § 1332, 28 U.S.C. § 2410 and/or 28 U.S.C. § 1331.

2. On April 17, 2018, Jacob Hafter died, and ReliaStar has determined that the death benefit under the Policy is due and payable. Following the death of Jacob L. Hafter, several parties claimed competing entitlement to all or a portion of the death benefit of the Policy on Mr. Hafter's life.

3. Defendant Brandon Phillips, as trustee of the Jacob Hafter Trust dated April 17, 2018, has claimed to be the primary beneficiary of the Policy based upon a Beneficiary Designation dated April 17, 2018. (*see* Answer to Interpleader and Claim-ECF No. 10).

4. Defendant Jaclyn Hafter, as trustee of the Hafter Family Trust dated June 12, 2011, has claimed to be the primary beneficiary of the Policy based upon a Beneficiary Designation dated June 15, 2011. Defendant Jaclyn Hafter, individually, has also claimed a community property interest in the Policy and death benefits (*see* Answer to Interpleader and Claim-ECF No. 18).

5. Defendant United States has asserted federal tax liens under I.R.C. (26 U.S.C.) § 6321 against the Policy and the death benefits based upon federal income tax assessments made jointly against Jacob and Jaclyn Hafter. (*see* Answer to Interpleader and Claim-ECF No. 9).

6. All Defendants named in this action have been served and have filed their respective Answers and Claims to the Policy and death benefits.

7. ReliaStar has been and is now prepared to deposit the death benefit of the Policy in the amount of $5,000,000 plus accrued interest ('the Sum") into the Court's registry account in accordance with F.R.C.P. 67 and LR 67-1. The Sum represents the death benefit, plus accrued interest, payable under the Policy. The parties request that the funds be invested in an interest bearing account established by the Clerk of the Court under LR 67-2(a).

8. Under the Interpleader statute, ReliaStar seeks $19,926.76 in attorneys' fees and costs incurred in the filing and prosecuting its Interpleader Action. The Parties agree and stipulate that ReliaStar may deduct $19,926.76 from the Sum prior to depositing the Sum with the Clerk of the Court.

9. ReliaStar further seeks discharge from any further liability under the Policy and on account of the death of Jacob L. Hafter and a dismissal with prejudice from the Interpleader Action. The Defendants agree and stipulate to ReliaStar's discharge and dismissal with prejudice from the Interpleader Action upon deposit of the Sum less $19,926.76, which represents its attorneys' fees and costs.

## CONCLUSION

10. For these reasons, the Parties request an Order permitting ReliaStar to deposit the Sum, less $19,926.76 to the Clerk of this Court for the Court to deposit into the Court's Registry Account. Deposit shall be made within 15 days of the date of service of the Court's Order. Additionally, the Parties request that the Clerk deposit the amount tendered by ReliaStar into an interest-bearing account until such time as the Court makes its order directing disbursement and distribution of these funds. The Parties further request that ReliaStar be discharged and dismissed from this Interpleader Action with prejudice upon deposit to the Clerk of this Court.

DATED: November 5, 2018

**IT IS SO ORDERED.**

_____  11/7/2018
United States District Judge

*/s/ Henry C. Darmstadter*
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6481

3

*Of Counsel*
DAYLE ELIESON
United States Attorney
Attorneys for the United States

DATED: November 5, 2018    */s/ Jodi K. Swick*
JODI K. SWICK
McDowell & Hetherington LLP
1 Kaiser Plaza
Ste 340
Oakland, CA 94612
510-628-2145

DATED: November 5, 2018    */s/ Griffith H. Hayes*
GRIFFITH H. HAYES
Litchfield Cavo LLP
3993 Howard Hughes Parkway
Suite 100
Las Vegas, NV 89109
(702) 949-3100
Attorneys for Plaintiff ReliaStar Life Insurance Company

DATED: November 5, 2018    */s/ Cary Colt Payne*
CARY COLT PAYNE
Cary Colt Payne, CHTD.
700 S. Eighth Street
Las Vegas, NV 89101
702-383-9010
Attorney for Defendant Brandon Phillips, as trustee of the Jacob Hafter Trust dated April 17, 2018

DATED: November 5, 2018    */s/ Steven E. Hollingworth*
STEVEN E. HOLLINGWORTH
Solomon Dwiggins & Freer, Ltd.
9060 W. Cheyenne Avenue
Las Vegas, NV 89129
702-589-3502
Attorney for Jaclyn R. Hafter, Individually and as Trustee of the After Family Trust

GOOD CAUSE APPEARING, IT IS SO ORDERED:

DATED: _____
UNITED STATES DISTRICT COURT JUDGE

4