# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RELIASTAR LIFE INSURANCE COMPANY,

Plaintiff

v.

JACLYN R. HAFTER, et al.,

Defendants

Case No.: 2:18-cv-01166-APG-NJK

**Order Sealing Motion to Intervene and Requiring the Filing of a Redacted Version**

[ECF No. 31]

Jaclyn R. Hafter filed a motion to intervene in the capacity of the parent of her minor children to request a distribution from the interpleaded funds. ECF No. 31. Attached to the motion are exhibits that contain the names and birth dates of minor children, a non-party's social security number, and other confidential identifying information. That confidential information should have been redacted before being publicly filed, and an unredacted version should have been filed under seal. Accordingly, I have ordered the clerk's office to seal the entire document.

Only those portions of the motion or exhibits that contain confidential information should be filed under seal. The remainder of the motion, and other exhibits that do not contain confidential information, must be filed as publicly-accessible documents.

The entire motion will remain under seal. Ms. Hafter's counsel shall file a redacted version, deleting the names of minor children and other confidential information. Counsel shall confer with the other parties to determine what information should be redacted. In addition, to avoid any problems with service of the motion due to its being sealed, Ms. Hafter's counsel also shall immediately serve the motion upon all counsel by email.

IT IS THEREFORE ORDERED that Jaclyn Hafter's motion **(ECF No. 31) shall remain sealed.** Ms. Hafter's counsel shall file a redacted version, deleting the names of minor children and other confidential information. Ms. Hafter's counsel also shall serve the motion upon all counsel by email.

DATED this 12th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE