# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>JACLYN R. HAFTER, et al.,<br><br>Defendants | Case No.: 2:18-cv-01166-APG-NJK<br><br>**Order for Expedited Briefing and Setting Hearing**<br><br>[ECF No. 31] |

Jaclyn R. Hafter filed a motion to intervene in the capacity of the parent of her minor children to request a distribution from the interpleaded funds. ECF No. 31. She requests that the motion be considered on an expedited basis due to impending financial deadlines.

IT IS THEREFORE ORDERED that all counsel shall confer about the motion as soon as reasonably possible to determine whether an agreement can be worked out. Any party wishing to oppose Ms. Hafter's motion to intervene, or the relief requested in the motion, shall file a response no later than 3:00 p.m. on Friday, February 15, 2019. Ms. Hafter may file a reply by 5:00 p.m. on Tuesday, February 19, 2019. If necessary, I will entertain oral argument on Thursday, February 21, 2019 at 3:00 p.m. in Las Vegas courtroom 6C. Counsel who wish to appear telephonically shall contact my Courtroom Administrator for details on how to do so.

DATED this 12th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE