# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>JACLYN R. HAFTER, et al.,<br><br>Defendants | Case No.: 2:18-cv-01166-APG-NJK<br><br>**Second Order Sealing Motion to Intervene and Requiring the Filing of a Redacted Version**<br><br>[ECF No. 34] |

I previously ordered counsel for Jaclyn R. Hafter to file a redacted version of the motion to intervene, deleting the names and birth dates of minor children and other confidential, identifying information. Counsel filed a redacted version, but did not redact all such confidential information. *See, e.g.*, ECF No. 34 at 57 (birthdates), 126 (minor's name still visible and birthdates), 128 (birthdates of minors and Jodie Mandel), 129 (birthdates), and 130 (birthdates). There may be additional instances of unredacted confidential information. Accordingly, I have ordered the clerk's office to seal this entire document as well. Ms. Hafter's counsel is to make another review of the documents and redact these and all other mentions of confidential, identifying information.

IT IS THEREFORE ORDERED that Jaclyn Hafter's motion **(ECF No. 34) shall remain sealed.** Ms. Hafter's counsel shall file a redacted version, as instructed above, and shall serve it upon all counsel by email.

DATED this 13th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE