STEVEN E. HOLLINGWORTH, ESQ.
Nevada Bar No. 7753
ALEXANDER G. LEVEQUE, ESQ.
Nevada Bar No. 11183
JOSHUA M. HOOD, ESQ.
Nevada Bar No. 12777
SOLOMON DWIGGINS & FREER, LTD.
9060 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 589-3502
Facsimile: (702) 853-5485
Email: shollingworth@sdfnvlaw.com

*Attorney for Jaclyn R. Hafter, as Parent of the Hafter Children*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> JACLYN R. HAFTER, INDIVIDUALLY AND AS TRUSTEE OF THE HAFTER FAMILY TRUST DATED JUNE 11, 2011, BRANDON PHILLIPS, AS TRUSTEE OF THE JACOB HAFTER TRUST DATED APRIL 17, 2018, THE UNITED STATES OF AMERICA, ACTING THROUGH THE INTERNAL REVENUE SERVICE, AND DOES 1-5 <br><br> Defendants. | Case No. 2:18-cv-01166-APG-NJK <br><br> **STIPULATION AND ORDER** |

COMES NOW, Jaclyn Hafter, individually and as Trustee of the Hafter Family Trust, dated June 12th, 2011; Brandon Phillips, as Trustee of the Jacob Hafter Trust, dated April 17, 2018; and United States of America, on behalf of the Internal Revenue Service, (the "Parties") by and through undersigned counsel, and hereby submit the following Stipulation and Order.

*///*

1

4818-8478-9640, v. 1

The Parties hereby stipulate as follows

1. On February 11, 2018, Jaclyn Hafter ("Jaclyn"), on behalf of her minor children, G.H., J.H., A.H., and S.H. filed her Request for Order Shortening Time; and Motion to Intervene as Parent of Minor Children, and Motion for Release of Funds for the Benefit of Minor Children (the "Motion").

2. Within her Motion, Jaclyn requested that this Court: (i) permit her to intervene on behalf of her minor children; and (ii) release from the interpled funds a total of $33,319.60 to Jaclyn for living expenses, past due real property tax due and owing, and travel expenses related to G.H.'s medical treatment.

3. On February 12, 2018, the Court entered an order compelling the Parties' counsel to confer as soon reasonably possible in order to determine if an agreement could be worked out regarding the relief requested within the Motion.

4. The Court further ordered that any party(ies) desiring to file a response shall do so by 3:00 p.m. on Friday, February 15, 2019, and Ms. Hafter may file a Reply by 5:00 p.m. on Tuesday, February 19, 2019.

5. Pursuant to this Court's order, and in an effort to provide the Parties with additional time and opportunity to negotiate a long-term agreement for the living expenses pending the resolution of the litigation, the Parties' counsel have conferred and agreed to the following:

    (a) The Clerk of the Court shall release from funds being held in Case No. 2:18-cv-01166-APG-NJK a total of $7,192.00 directly to Jaclyn R. Hafter within 5 days of entry of this order;

    (b) The Clerk of the Court shall pay from funds being held in Case No. 2:18-cv-01166-APG-NJK a total of $10,143.60 directly to the Clark County Treasurer's Office, 500 S. Grand Central Parkway, PO BOX 551220, Las Vegas, Nevada 89155, with reference to Parcel No. 138-16-312-025, within 5 days of entry of this order;

4818-8478-9640, v. 1

(c) Jaclyn agrees to provide the government with a completed financial statement (Form 433) by March 1, 2019.

(c) Any party desiring to file a response to the Motion shall file the same on or before Friday, March 15, 2019;

(d) If Jaclyn wishes to file a reply to any response, such reply may be filed on or before Wednesday, March 20, 2019; and

(e) The hearing on the Motion and any responsive pleading shall on the earliest date which is convenient for this Court.

Dated this 13th day of February, 2019.

*/s/ Alexander G. LeVeque*
_____
STEVEN E. HOLLINGWORTH, ESQ.
Nevada Bar No. 7753
ALEXANDER G. LEVEQUE, ESQ.
Nevada Bar No. 11183
JOSHUA M. HOOD, ESQ.
SOLOMON DWIGGINS & FREER, LTD.
9060 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 589-3502
Facsimile: (702) 853-5485
Email: shollingworth@sdfnvlaw.com

*Attorney for Jaclyn R. Hafter*

Dated this 13th day of February, 2019.

*/s/ Cary C. Payne*
_____
CARY COLT PAYNE, ESQ.
Nevada Bar No. 4357
CARY COLT PAYNE, CHTD.
700 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3010

*Attorney for Brandon Phillips,*
*Trustee of the Jacob Hafter Trust,*
*dated April 17, 2018*

Dated this 13th day of February, 2019.

*/s/ Henry C. Darmstadter*
_____
HENRY C. DARMSTADTER, ESQ.
Trial Attorney, Tax Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481
Email: henry.c.darmstadter@usdoj.gov

*Attorney for United States*

# ORDER

NOW THEREFORE, based upon the above stipulation between the Parties, this Court enters its Orders and Decrees as follows:

**IT IS HEREBY ORDERED** that the Clerk of the Court shall release from funds being held in Case No. 2:18-cv-01166-APG-NJK, a total of $7,192.00 directly to Jaclyn R. Hafter within 5 days of entry of this order;

**IT IS HEREBY FURTHER ORDERED** that the Clerk of the Court shall pay from funds being held in Case No. 2:18-cv-01166-APG-NJK, a total of $10,143.60 directly to the Clark County Treasurer's Office, 500 S. Grand Central Parkway, PO BOX 551220, Las Vegas, Nevada 89155, with reference to Parcel No. 138-16-312-025, within 5 days of entry of this order;

**IT IS HEREBY FURTHER ORDERED** that any party desiring to file a response to the Motion shall file the same on or before March 15, 2019;

**IT IS HEREBY FURTHER ORDERED** that if Jaclyn wishes to file a reply to any response, such reply may be filed on or before Wednesday, March 20, 2019;

**IT IS HEREBY FURTHER ORDERED** that the hearing on the Motion to Intervene CM/ECF #[31] shall be continued to <u>Tuesday, March 26, 2019 at 9:00 a.m.</u> in Courtroom 6C.

Dated this 13th day of February, 2019.

_____
DISTRICT COURT JUDGE

4818-8478-9640, v. 1