RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6481
Facsimile:  (202) 307-0054
E-mail:  henry.c.darmstadter@usdoj.gov

*Of Counsel*
NICHOLAS A. TRUTANICH
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE CO., ) | Case No. 2:18-cv-01166-APG-NJK |
| ) | |
|      Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **REGARDING DISTRIBUTIONS** |
|      v. ) | |
| ) | |
| JACLYN R. HAFTER, INDIVIDUALLY ) | |
| AND AS TRUSTEE OF THE HAFTER ) | |
| FAMILY TRUST DATED JUNE 11, 2011, ) | |
| BRANDON PHILLIPS, AS TRUSTEE OF ) | |
| THE JACOB HAFTER TRUST DATED ) | |
| APRIL 17, 2018, THE UNITED STATES OF ) | |
| AMERICA, ACTING THROUGH THE ) | |
| INTERNAL REVENUE SERVICE, AND ) | |
| DOES 1-5 ) | |
| ) | |
|      Defendants. ) | |

COMES NOW, Jaclyn Hafter, individually and as Trustee of the Hafter Family Trust,

dated June 12th, 2011; Brandon Phillips, as Trustee of the Jacob Hafter Trust, dated April 17,

1

2018; and United States of America, on behalf of the Internal Revenue Service, (the "Parties") by and through undersigned counsel, and hereby submit the following Stipulation and Order:

1. On February 11, 2019, Jaclyn Hafter, on behalf of her minor children, G.H., J.H., A.H., and S.H. filed her Request for Order Shortening Time; and Motion to Intervene as Parent of Minor Children, and Motion for Release of Funds for the Benefit of Minor Children [ECF No. 31](the "Motion").

2. By Order, dated February 12, 2019, the Court directed that all counsel confer regarding the Motion as soon as reasonably possible to determine whether an agreement could be reached among the Parties [ECF No. 32].

3. By Stipulation dated February 13, 2019, the Parties agreed to payment of the annual property taxes on the Hafter family residence and one payment to Jaclyn Hafter in the amount of $7,192. The United States requested that Jaclyn Hafter provide the government with a completed financial statement before it considered a longer term disbursement agreement [ECF No. 36].

4. By Order dated February 14, 2019 [ECF No. 37], the Court approved the Stipulation and the two disbursements and set a briefing schedule for the Motion with a hearing scheduled for March 26, 2019.

5. After further discussions between the Parties, it is stipulated that in order to prevent hardship to the Hafter family while this Interpleader Action is being adjudicated, the following distributions may be made:

(a) The Clerk of the Court shall release from the interpled funds being held in Case No. 2:18-cv-01166-APG-NJK the sum of $19,104 to Jaclyn R. Hafter on April 1, 2019;

(b)     The Clerk of the Court shall release from the interpled funds being held in Case No. 2:18-cv-01166-APG-NJK the sum of $19,104 to Jaclyn R. Hafter on July 1, 2019;

(c)     The Clerk of the Court shall release from the interpled funds being held in Case No. 2:18-cv-01166-APG-NJK the sum of $19,104 to Jaclyn R. Hafter on October 1, 2019;

(d)     The United States is agreeing to these distributions based upon Jaclyn Hafter's representations regarding her financial condition; and

(e)     These distributions are intended for the benefit of the Hafter minor children and will be deducted from any portion of the interpled funds to which they are determined to be entitled by the Court.

DATED: March 14, 2019                     */s/Henry C. Darmstadter*
                                          HENRY C. DARMSTADTER
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 683 Ben Franklin Station
                                          Washington, D.C.  20044-0683
                                          (202) 307-6481

                                          *Of Counsel*
                                          NICHOLAS A. TRUTANICH
                                          United States Attorney
                                          Attorneys for the United States

DATED: March 14, 2019                     */s/Cary Colt Payne*
                                          CARY COLT PAYNE
                                          Cary Colt Payne, CHTD.
                                          700 S. Eighth Street
                                          Las Vegas, NV 89101
                                          702-383-9010

                                          Attorney for Defendant Brandon Phillips, as trustee of the Jacob Hafter Trust dated April 17, 2018

3

DATED: March 14, 2019          */s/Alexander G. LeVeque*
                                ALEXANDER G. LEVEQUE
                                STEVEN E. HOLLINGWORTH
                                Solomon Dwiggins & Freer, Ltd.
                                Cheyenne West Professional Center
                                9060 W. Cheyenne Avenue
                                Las Vegas, NV 89129
                                702-589-3502

                                Attorneys for defendant Jaclyn R. Hafter

## ORDER

NOW THEREFORE, based upon the above stipulation between the Parties, this Court enters its

Orders and Decrees as follows:

**IT IS HEREBY ORDERED** that the Clerk of the Court shall release from the interpled

funds being held in Case No. 2:18-cv-01166-APG-NJK the sum of $19,104 to Jaclyn R. Hafter on

April 1, 2019;

**IT IS HEREBY ORDERED** that the Clerk of the Court shall release from the interpled

funds being held in Case No. 2:18-cv-01166-APG-NJK the sum of $19,104 to Jaclyn R. Hafter on

July 1, 2019; and

**IT IS HEREBY ORDERED** that the Clerk of the Court shall release from the interpled

funds being held in Case No. 2:18-cv-01166-APG-NJK the sum of $19,104 to Jaclyn R. Hafter on

October 1, 2019.

                                IT IS SO ORDERED:


                                _____
                                UNITED STATES DISTRICT COURT
                                JUDGE
                                Dated: March 18, 2019.

4