# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | Case No.: 2:18-cv-01166-APG-NJK |
| Plaintiff | **Order Granting Motion to Intervene** |
| v. | [ECF No. 31] |
| JACLYN R. HAFTER, et al., | |
| Defendants | |

Jaclyn R. Hafter filed a motion to intervene in the capacity of the parent of her minor children to request a distribution from the interpleaded funds. ECF No. 31. I ordered the parties to confer about the motion to determine whether an agreement can be reached. The parties met and have since filed two stipulations addressing the availability of funds, which I have granted. *See* ECF Nos. 36, 37, 41, 43. No one has opposed Ms. Hafter's request to intervene as the parent of the Hafter children. *See* ECF No. 31 at 7:5-7. Good cause exits to allow her to do so.

IT IS ORDERED that Jaclyn Hafter's motion to **intervene (ECF No. 31) is GRANTED.** Jaclyn Hafter is permitted to intervene in this action on behalf of the Hafter children

IT IS FURTHER ORDERED that the hearing on Jaclyn Hafter's motion, scheduled for **March 26 at 9:00, is vacated** as no longer needed.

DATED this 20th day of March, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE