# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RELIASTAR LIFE INSURANCE CO.,

    Plaintiff(s),

v.

JACLYN R. HAFTER, et al.,

    Defendant(s).

Case No.: 2:18-cv-01166-APG-NJK

**Order**

[Docket No. 46]

Pending before the Court is a joint motion to extend the deadlines in the scheduling order by 120 days. Docket No. 46. As a threshold matter, one of the deadlines at issue (the deadline to amend the pleadings or add parties) has already expired. No showing of excusable neglect has been made to revive that deadline. *See* Local Rule 26-4; *see also* Fed. R. Civ. P. 6(b)(1)(B). With respect to the other deadlines, a sufficient showing for such a lengthy extension has not been made. Instead, the Court finds that the circumstances justify a 45-day extension.

Accordingly, the joint motion to extend is **GRANTED** in part and **DENIED** in part. Deadlines are hereby **SET** as follows:

- Amend pleadings/ add parties: closed
- Initial experts: May 28, 2019
- Interim status report: May 28, 2019
- Rebuttal experts: June 26, 2019
- Discovery cutoff: July 25, 2019

1

- Dispositive motions: August 26, 2019
- Joint proposed pretrial order: September 23, 2019, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: March 29, 2019

_____
Nancy J. Koppe
United States Magistrate Judge