RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481
Facsimile: (202) 307-0054
E-mail: henry.c.darmstadter@usdoj.gov

*Of Counsel*
NICHOLAS A. TRUTANICH
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| RELIASTAR LIFE INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> JACLYN R. HAFTER, INDIVIDUALLY AND AS TRUSTEE OF THE HAFTER FAMILY TRUST DATED JUNE 11, 2011, BRANDON PHILLIPS, AS TRUSTEE OF THE JACOB HAFTER TRUST DATED APRIL 17, 2018, THE UNITED STATES OF AMERICA, ACTING THROUGH THE INTERNAL REVENUE SERVICE, AND DOES 1-5 <br><br> Defendants. | Case No. 2:18-cv-01166-APG-NJK <br><br> **JOINT MOTION AND STIPULATION TO DISTRIBUTE INTERPLED FUNDS AND TO DISMISS UNITED STATES FROM ACTION WITH PREJUDICE** <br><br> **ORDER** |

All of the remaining parties, Jaclyn Hafter, individually and as Trustee of the Hafter Family Trust, dated June 12th, 2011; Brandon Phillips, individually, and as Trustee of the Jacob Hafter Trust, dated April 17, 2018; and the United States of America, on behalf of the Internal

1

Revenue Service ("Parties"), by and through undersigned counsel, hereby submit the following Joint Motion and Stipulation to Distribute Funds in Interpleader Action.

1. On June 27, 2018, the ReliaStar Life Insurance Company ("ReliaStar") commenced this Interpleader Action [Compliant-ECF No. 1] with respect to Life Insurance Policy No. AD13700714 ("Policy") issued on the life of Jacob L. Hafter with a death benefit in the amount of $5,000,000.
2. By Order dated November 7, 2018 [ECF No. 26], the Court directed ReliaStar to deposit the death benefits less attorney fees, plus interest into the Court's Registry Account. Upon deposit of the death benefits, ReliaStar was discharged and dismissed with prejudice from this Interpleader Action.
3. All of the Parties have now reached an agreement whereby certain funds in the Court Registry Account in this matter may be distributed in the following manner.
4. The Parties request that the Clerk of Court be directed to disburse the amount of one-million seven hundred thousand dollars ($1,700,000.00) to the United States by check made payable to the United States Treasury (the "Tax Payment") and sent by regular mail (USPS) to the United States Department of Justice ATTN: TAXFLU P.O. Box 310 - Ben Franklin Station Washington, D.C. 20044.
5. Once the Tax Payment is disbursed, it is further stipulated and agreed that Defendant/Claimant THE UNITED STATES OF AMERICA shall be dismissed with prejudice, with each of the Parties agreeing to bear their own costs of litigation, including attorneys' fees, as they relate to the claims and defenses of THE UNITED STATES OF AMERICA.

6. The Parties further request that the Clerk of Court be directed to disburse the amount of two-hundred and fifty thousand dollars ($250,000.00) to Jodie Mandel (the "Mandel Settlement Payment") by check made payable to her counsel, Rushforth Lee & Kiefer, LLP and mailed to Rushforth Lee & Kiefer, LLP at 1707 Village Center Circle, Suite 150, Las Vegas, Nevada 89134. The Mandel Settlement Payment is made pursuant to a settlement by and between Jodie Mandel, as beneficiary of the Jacob Hafter Trust, dated April 17, 2018, Jaclyn Hafter, Shann Winesett, as guardian ad litem of the Hafter children, and Brandon Phillips, as Trustee of the Jacob Hafter Trust, dated April 17, 2018.

7. The Parties further request the Court hold all remaining funds until further order of the Court.

DATED: September 4, 2109
        */s/Henry C. Darmstadter*
        HENRY C. DARMSTADTER
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683 Ben Franklin Station
        Washington, D.C. 20044-0683
        (202) 307-6481

        *Of Counsel*
        NICHOLAS A. TRUTANICH
        United States Attorney
        Attorneys for the United States

DATED: September 4, 2019
        */s/Cary Colt Payne*
        CARY COLT PAYNE
        Cary Colt Payne, CHTD.
        700 S. Eighth Street
        Las Vegas, NV 89101
        702-383-9010

        Attorney for Defendant Brandon Phillips, as trustee of the Jacob Hafter Trust dated April 17, 2018

3

DATED: September 4, 2019      */s/Alexander G. LeVeque*
ALEXANDER G. LEVEQUE
STEVEN E. HOLLINGSWORTH
Solomon Dwiggins & Freer, Ltd.
Cheyenne West Professional Center
9060 W. Cheyenne Avenue
Las Vegas, NV 89129
702-589-3502

Attorneys for defendant Jaclyn R. Hafter

## ORDER

NOW THEREFORE, based upon the above Stipulation between the Parties, this Court enters its Orders and Decrees as follows:

**IT IS HEREBY ORDERED** that the Clerk of the Court shall release from the interpled funds being held in Case No. 2:18-cv-01166-APG-NJK the sum of one-million seven hundred thousand dollars ($1,700,000.00) to the United States (the "Tax Payment") by check made payable to the United States Treasury and sent by regular mail (USPS) to the United States Department of Justice ATTN: TAXFLU P.O. Box 310 - Ben Franklin Station Washington, D.C. 20044;

**IT IS HEREBY ORDERED** that upon distribution of the Tax Payment, The United States of America shall be dismissed from this action with prejudice;

**IT IS HEREBY ORDERED** that the Clerk of the Court shall release from the interpled funds being held in Case No. 2:18-cv-01166-APG-NJK the sum of two-hundred and fifty thousand dollars ($250,000.00) to Jodie Mandel by check made payable to her counsel, Rushforth Lee & Kiefer, LLP and mailed to Rushforth Lee & Kiefer, LLP at 1707 Village Center Circle, Suite 150, Las Vegas, Nevada 89134; and

**IT IS FURTHER ORDERED** that the Court shall hold the remining interplead funds until further order from the Court.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: October 2, 2019.