# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE CO., | Case No.: 2:18-cv-1166-APG-NJK |
| Plaintiff, | **ORDER GRANTING JOINT EMERGENCY MOTION TO RELEASE FUNDS AND TO DISMISS MATTER** |
| v. | |
| JACLYN R. HAFTER, et al., | (ECF No. 67) |
| Defendants. | |

Jaclyn R. Hafter, individually, as Trustee of the Hafter Family Trust, dated June 11, 2011, and as Parent of Minor Children, G.H., J.H., A.H., and S.H. (Ms. Hafter) and Brandon Phillips, Esq., Trustee of the Jacob Hafter Trust, dated April 17, 2018 (Mr. Phillips) filed their Joint Emergency Motion to Release Funds and to Dismiss Matter on October 30, 2019. ECF No. 67. I find and order as follows:

1. All parties to this matter, the related federal court matter bearing Case No. 2:18-cv-02161-JAD-PAL (the Genworth Matter), and the related matters pending before the Eighth Judicial District Court for Clark County Nevada bearing Case Nos. P-18-095159 and P-18-097616-T (the State Court Matters) have reached a resolution concerning their respective right, title, and interest in and to the subject life insurance proceeds (the Interpled Funds) that are in dispute in this case.

2. As ordered in my October 2, 2019 Order (ECF No. 65), the United States has received $1,700,000.00 from the Interpled Funds and has been dismissed with prejudice.

3. As ordered in my October 2, 2019 Order (ECF No. 65), Jodie Mandel has received $250,000.00 from the Interpled Funds.

4. Because all parties have resolved their respective claims, and because Ms. Hafter is experiencing significant financial difficulty, good cause exists to grant the Emergency Motion.

I HEREBY ORDER the Clerk of the Court to distribute from the Interpled Funds being held in this case $385,000.00 via check made payable to "Cary Colt Payne, Chtd." to be remitted to Cary Colt Payne, Chtd., 700 South Eighth Street, Las Vegas, Nevada 89101;

I FURTHER ORDER the Clerk of the Court to distribute from the Interpled Funds being held in this case all remaining funds via check made payable to "Solomon Dwiggins & Freer, Ltd. Main Trust Account" to be remitted to Solomon Dwiggins & Freer, Ltd., 9060 West Cheyenne Avenue, Las Vegas, Nevada 89129;

I FURTHER ORDER that, upon distributing the Interpled Funds as set forth above, this matter is dismissed with prejudice and the clerk of the court is directed to close the file.

Dated: November 4, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE